# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITTIGATION<br><br>This document relates to:<br><br>MICHAEL KONIG<br><br>v.<br><br>PURDUE PHARMA L.P., et al.<br><br>Case No. 1:18-OP-46041 | MDL No. 2804<br><br>Case N. 1:17-md-02804<br><br>Judge Dan Aaron Polster<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Michael Konig (Plaintiff) by and through its undersigned counsel, voluntarily dismisses all Defendants from this action without prejudice and with each party bearing its own costs, expenses and attorneys' fees, and reserving to Plaintiff as to all others. Defendants have not answered Plaintiff's complaint and has not moved for summary judgment.

Dated: October 13, 2023

Respectfully Submitted,

*/s/ Alex Dravillas*
Alex Dravillas (IL Bar # 6299686)
ajd@kellerpostman.com
KELLER POSTMAN LLC
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220
*Attorney for Plaintiff Michael Konig*

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing Notice of Appearance was sent by the Court's electronic case filing system October 13, 2023 , and served upon all those participating therein.

*/s/ Alex Dravillas*